The People of the State of Illinois ex rel. Oscar Nelson, auditor of public accounts, v. Brainerd State Bank.

In re Petition of Sheridan Brothers, Inc, et al., appellees, v. Irwin T. Gilruth, as receiver of Brainerd State Bank, appellant. Gen. No. 36,369.

Opinion filed February 7, 1934.

Kirkland, Fleming, Green & Martin, for appellant; Adrian L. Hoover and Dudley F. Jessopp, of counsel. Tuscher, Schulze, Conlon & Friedman, for appellees; Bernard A. Conlon and Arnold D. McMahon, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Lavina Gray, appellant, v. Estate of Grace Nixon Price, deceased, appellee. Gen. No. 36,378.

Opinion filed February 7, 1934.

Chas. M. Peirce, for appellant. Ryan, Condon & Livingston, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Central Republic Bank and Trust Company, appellee, v. William K. Roberts et al., defendants, on appeal of Abraham Baer, appellant. Gen. No. 36,433.

Opinion filed February 7, 1934.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Walter W. Leahy, appellee, v. Otto C. Kraemer, appellant. Gen. No. 36,444.

Opinion filed February 7, 1934. Rehearing denied February 26, 1934.

Hershenson & Hershenson, for appellant; Harry G. Hershenson and Arthur Abraham, of counsel. Albert S. Barney, for appellee; Stuart B. Krohn, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.